Judgment in a Civil Case
===

United States District Court
WESTERN DISTRICT OF NEW YORK

Xerox Corporation,
Plaintiff

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 21-CV-6467

v.

Conduit Global, Inc.,
Defendant

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Court GRANTS Plaintiff Attorney's fees in the amount of **$42,527.50**.

Date: July 31, 2024

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Dawn K.
    Deputy Clerk